UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATTIE GRIBEL,

            Plaintiff(s),

-vs-                                         Case NO.  04-73091

KB TOYS STORE #2391, et al,

            Defendant(s).
_____/

## ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY

On December 22, 2004 the Court was notified that the above named defendants had declared bankruptcy.  Now, therefore:

IT IS ORDERED that this case is closed for administrative purposes without prejudice.

IT IS FURTHER ORDERED that this closing does not constitute a dismissal or a decision on the merits.

IT IS FURTHER ORDERED that when the bankruptcy stay has been removed this case may be reopened on motion of any party.

                                                 s/Avern Cohn
Dated:  June 16, 2005                    AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, June 16, 2005, by electronic and/or ordinary mail.

                                               s/Julie Owens
                                               Case Manager, (313) 234-5160